IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.L. COREY, | No. C 14-03326 EDL |
| Plaintiff, | **ORDER REQUIRING AMENDED COMPLAINT BY NOVEMBER 26, 2014** |
| v. | |
| DURANT COMMERCIAL, LLC., et al., | |
| Defendants. | |

On October 28, 2014, this Court issued an Order Granting Defendant's Motion to Dismiss with Leave to Amend. See Dkt. No. 38. The deadline for filing an amended complaint shall be November 26, 2014.

**IT IS SO ORDERED.**

Dated:   November 6, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge